## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGIA CELENTANO, | 3:21-cv-00013-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | June 11, 2021 |
| THE VILLAGE ON SAGE STREET, et al., | |
| Defendants. | |

**PRESENT:**  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   KAREN WALKER      **REPORTER:**   NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**  NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time (45 days) to File Proofs of Service under FRCP 4(m)" (ECF No. 4). Plaintiff requests an extension of 45 days in which to file proofs of service pursuant to the court's Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) (ECF No. 3).

Plaintiff's "Motion for Extension of Time (45 days) to File Proofs of Service under FRCP 4(m)" (ECF No. 4) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, July 26, 2021**, in which to effect service on the Defendants. Plaintiff is cautioned that any Defendant not served by that deadline may be subject to dismissal under Fed. R. Civ. P 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/  
       Deputy Clerk