UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGIA CELENTANO,<br><br>                          Plaintiff,<br>       v.<br><br>THE VILLAGE ON SAGE STREET, *et al.,*<br><br>                          Defendants. | Case No. 3:21-cv-00013-MMD-WGC<br><br>ORDER |

The Complaint in this action was filed on January 7, 2021. (ECF No. 1.) The Court issued its first notice of intent to dismiss unserved Defendants The Village on Sage Street, City of Reno, Hillary Schieve, Community Foundation of Western Nevada, Chris Askin, Volunteers of America, Leo McFarland, Devin McFarland, Pat Cashell, the State of Nevada, Nevada Department of Workforce Services, and the U.S. Department of Housing and Urban Development pursuant to Federal Rule of Civil Procedure 4(m), unless proof of service was filed by June 9, 2021. (ECF No. 3.)

*Pro se* Plaintiff Georgia Celentano filed a motion for extension of time to file proof of service. (ECF No. 4.) The Court granted Celentano's motion and reset the deadline to July 26, 2021. (ECF No. 5.) Celentano then filed a motion notice of voluntary dismissal pursuant to Rule 41(a) (ECF No. 6), which terminated her case. One week later, Celentano filed a motion to reverse the request for voluntary dismissal. (ECF No. 7.) The Court granted the motion and reopened Celentano's case. (ECF No. 8.) In a minute order, the Court also extended the service deadline sua sponte to August 31, 2021. (*Id.*) The Court further informed Celentano that any defendants must be served by that date or be subject to dismissal under Rule 4(m).

///

That deadline has now passed. Plaintiff issued summonses to Jai Narayan, City of Reno, The Siegel Group, Inc., and Volunteers of America. (ECF Nos. 9, 10.) Proof of service has been filed as to the City of Reno (ECF No. 11), Siegel Suites (ECF No. 12), and Jai Narayan (ECF No. 13). To date, no proof of service has been filed as to any other Defendant. Accordingly, it is ordered that the claims against the following Defendants are dismissed without prejudice: The Village on Sage Street, Hillary Schieve, Community Foundation of Western Nevada, Chris Askin, Volunteers of America, Leo McFarland, Devin McFarland, Pat Cashell, State of Nevada, Nevada Department of Workforce Services, and U.S. Department of Housing and Urban Development.

DATED THIS 7th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE